# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES,
LOCAL 18, AFL-CIO-CLC**,

        Plaintiff,

v.                                             **Case No. 06-C-1219**

**MILWAUKEE REPERTORY THEATER, INC.**,

        Defendant.

[X]   **Decision by Court**. This action came for consideration in a trial before the Court.

      **IT IS ORDERED** that judgment is entered in favor of the defendant and against the plaintiff and the complaint and this action is DISMISSED.

                                        Jon W. Sanfilippo, Clerk of Court
                                        EASTERN DISTRICT OF WISCONSIN

Date: <u>May 22, 2007</u>             (By) Deputy Clerk, <u>s/C. Quinn</u>

                                        Approved this <u>22nd</u> day of May, 2007.

                                        <u>s/AARON E. GOODSTEIN</u>
                                        United States Magistrate Judge